JOHN JAHRMARKT, ESQ. (SBN 175569)
JAHRMARKT & ASSOCIATES
2049 Century Park East
Suite 3850
Los Angeles, California 90067
(310) 226-7676
(310) 226-7677 fax
jjlawyer@mail.com

Attorneys for Plaintiff
Metal Jeans, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| METAL JEANS, INC., a Nevada corporation,<br>Plaintiffs,<br><br>v.<br><br>ANO VELI SAMUEL TURTIAINEN, an Individual; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT FOR:**<br>1. TRADEMARK INFRINGEMENT<br>2. FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN<br>3. TRADEMARK INFRINGEMENT<br>4. TRADE NAME INFRINGEMENT<br>5. UNFAIR COMPETITION<br>6. DECLARATORY RELIEF<br><br>DEMAND FOR JURY TRIAL |

Plaintiff METAL JEANS, INC. hereby alleges:

1. This is an action by plaintiff Metal Jeans, Inc. ("Plaintiff"), for damages, injunctive relief, and attorneys' fees for defendant's willful misappropriation of and damage to Plaintiff's registered trademark, "Metal®."

2. Plaintiff is the registrant of the registered trademark, Metal® (the “Metal Jeans Mark”), under Serial Number 77653054 and Registration Number 4299652. Plaintiff acquired the right, title and interest in the Metal Jeans Mark from its related entity Topolewski America, Inc., who obtained a prior registered trademark for the Metal® mark

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

under Serial Number 74643750 and Registration Number 2294572. Plaintiff, through the rights it acquired from Topolewski America, Inc., has been selling goods under the Metal Jeans Mark in commerce throughout the United States since 1990.

3. Defendant ANO VELI SAMUEL TURTIAINEN ("Turtiainen") is improperly seeking to benefit from Plaintiff's substantial investment in the Metal Jeans Mark by selling clothing under the offensive marks, "GOMETAL.COM, GOMETAL® and "Metal®" under Serial Number 85605179 (the "Turtianinen Mark"). Turtianinen seeks to trade off of the reputation the Metal Jeans Mark has come to enjoy among consumers and consumers are being misled and confused. This action seeks damages for the harm Defendants have caused.

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

**THE PARTIES**

4. Plaintiff METAL JEANS, INC. ("Metal Jeans") is, and at all times relevant herein, was a corporation validly formed and existing under the laws of the State of Nevada. Metal Jeans is qualified to do business and doing business within the State of California with its principal place of business in the California.

5. Plaintiff is informed and believe and on that basis alleges that Defendant Turtianinen is, and at all times relevant herein, was an individual and was doing business within the State of California.

6. Plaintiff is unaware of the true identity and capacity of each of the defendants named herein as Does 1

through 50, inclusive. Plaintiff will seek to amend this Complaint to state the names and capacities of said Doe defendants when ascertained. Plaintiff is informed and believe and on that basis allege that each of said Doe defendants was responsible for and contributed to the acts hereinafter alleged and that Plaintiff's damages were proximately caused by the acts and omissions of said fictitious defendants.

7. Plaintiff is informed and believe and on that basis allege that, in engaging in the acts hereinafter alleged, each of the defendants was the agent, servant and employee of each of the other defendants, and performed each of the acts hereinafter alleged within the course and scope of such agency and employment and with the knowledge, consent, approval, authorization and ratification of each other defendant.

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

**JURISDICTION AND VENUE**

8. Subject matter jurisdiction over the claims asserted in this Complaint is based upon: (i) 28 U.S.C. §§ 1331 and 1338(a) as an action arising under the Lanham Act, 15 U.S.C. §§ 1051 et. seq.; and (ii) 28 U.S.C. § 1332(a) as an action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Subject matter jurisdiction over those of Plaintiff's claims that arise under state law is based upon the principles of supplemental jurisdiction set forth in 28 U.S.C. § 1367, and the provisions of 28 U.S.C. § 1338(b) as an action asserting a claim for unfair

competition joined with a substantial and related claim under the trademark laws.

**BACKGROUND**

9. Plaintiff has been selling clothing and related accessories under the Metal Jeans Mark for in excess of 20 years. The Metal Jeans Mark is the subject of a federally registered trademark issued by the United States Patent and Trademark Office.

10. Plaintiff has spent substantial time, effort and money advertising and promoting the Metal Jeans Mark throughout the United States.

11. Defendant Turtianinen has sought improperly to capitalize on Plaintiff's investment in the creation and positive reputation of the Metal Jeans Mark. Specifically, Defendant Turtianinen manufactures and sells clothing under the name Turtianinen Mark which is so similar to Plaintiff's Metal Jeans Mark that consumers who hear, read or see the Turtianinen Mark name will instantly think of Plaintiff's Metal Jeans Mark.

12. Defendant Turtianinen is using the Turtianinen Mark with the intent and purpose of trading off of the goodwill that Plaintiff's Metal Jeans Mark currently enjoys and/or misleading and confusing consumers. As a result, Plaintiff's reputation is being tarnished and the value and distinctiveness of Plaintiff's Metal Jeans Mark is being diminished. Plaintiff is informed and believe and thereupon

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

allege that, absent the intervention of this Court, Defendants' illegal actions will continue, and Plaintiffs and consumers will continue to be harmed.

**Count I**

**(TRADEMARK INFRINGEMENT under 15 U.S.C. § 1114(1) - against all Defendants)**

13. Plaintiff specifically re-alleges and incorporates by reference each and every allegation set forth above.

14. The United States Patent and Trademark Office has granted federal trademark registrations to Plaintiff's Metal Jeans Mark. Copies of certain of these registrations are attached hereto as Exhibit "A." Plaintiff owns the exclusive trademark rights and privileges in and to the Plaintiff's Metal Jeans Mark in the United States. Plaintiff uses the Metal Jeans Mark as a designation of source and quality for its goods. Plaintiff uses the registration symbol"®" on its goods and in advertising associated with the Plaintiff's Metal Jeans Mark.

15. Defendants are using a copy or colorable imitation of the Plaintiff's Metal Jeans Mark in a manner that is likely to confuse, deceive and/or cause mistake among consumers and therefore is infringing Plaintiffs' rights in their Metal Jeans Mark in violation of 15 U.S.C. § 1114(1).

16. Plaintiff has no adequate remedy at law for Defendant's infringement of Plaintiff's Metal Jeans Mark, in that: (i) the Plaintiff's Metal Jeans Mark is unique and

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

valuable property, injury to which cannot adequately be compensated by monetary damages; (ii) the damages to Plaintiffs resulting from the infringement are not precisely and fully ascertainable; (iii) the infringement injures and threatens to continue to injure Plaintiffs' reputation and goodwill; and (iv) the damage resulting to Plaintiffs from Defendants' wrongful conduct, and the conduct itself, are continuing, and Plaintiff would be required to bring a multiplicity of suits to achieve full redress for the injuries caused thereby.

17. Unless restrained, Defendants' infringement of the Plaintiff's Metal Jeans Mark will continue to cause irreparable injury to Plaintiff, both during the pendency of this action and thereafter. Plaintiff is therefore entitled to an order from this Court preliminarily and permanently enjoining Defendants and its agents, employees and others acting in concert with them, from directly or indirectly infringing the Plaintiff's Metal Jeans Mark in any manner, including by using any name, mark, design or logo that is confusingly similar to the Plaintiff's Metal Jeans Mark in connection with the sale, offer for sale, advertising, or promotion of any goods or services.

18. Plaintiff is further entitled to recover damages sustained in consequence of Defendants' wrongful conduct, in an amount to be determined; to recover Defendants' profits; and to recover Plaintiff's attorneys' fees and other costs herein. Based upon the circumstances of the case, including the willful nature of Defendants' conduct, Plaintiff is

further entitled to recover treble the amount found as actual damages pursuant to 15 U.S.C. § 1117.

**Count II**

**(FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN under 15 U.S.C. § 1125(a) - against all Defendants)**

19. Plaintiff specifically re-alleges and incorporates by reference each and every allegation set forth above.

20. The acts of Defendants alleged herein, including its Turtiainen Mark, are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants or Defendants' products with Plaintiff's, or as to the sponsorship, or approval of Defendants' goods, services or commercial activities by Plaintiffs. Defendants' actions further misrepresent the nature, characteristics or qualities of Defendants' goods, services or commercial activities.

21. Plaintiff has no adequate remedy at law for the foregoing wrongful conduct of Defendants, in that: (i) Defendants' actions damage and threaten to continue to damage Plaintiffs' unique and valuable property, injury to which cannot adequately be compensated by monetary damages; (ii) the damages to Plaintiffs from Defendants' wrongful actions are not precisely and fully ascertainable; (iii) the wrongful acts of Defendants injure and threaten to continue to injure Plaintiffs' reputation and goodwill; and (iv) the damage resulting to Plaintiffs from Defendants' wrongful

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

conduct, and the conduct itself, are continuing, and Plaintiffs would be required to bring a multiplicity of suits to achieve full compensation for the injuries caused thereby.

22. Unless restrained, the foregoing wrongful acts of Defendants will continue to cause irreparable injury to Plaintiff, both during the pendency of this action and thereafter. Plaintiff is therefore entitled to an order from this Court preliminarily and permanently enjoining Defendants and its agents, employees and others acting in concert with them, from directly or indirectly: (i) manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any product which tends to relate or connect such product in any way to Plaintiffs or to any goods or services offered, provided, sold, manufactured, sponsored or approved by, or connected with Plaintiffs; (ii) using any mark that is confusingly similar to Plaintiff's Metal Jeans Mark; and/or (iii) making any false description or representation of origin concerning any goods offered for sale by Defendants.

23. Plaintiff is further entitled to recover damages sustained in consequence of Defendants' wrongful conduct, in an amount to be determined, and to recover their attorneys' fees and costs herein.

24. The confusion, mistake or deception referred to herein arises out of the aforesaid acts of Defendants which constitute false designation of origin and unfair

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

competition in violation of section 43(a) of the Trademark Act of 1946, as amended, 15 U.S.C. § 1125(a).

25. Upon information and belief the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

26. As a proximate result of the acts of Defendants alleged herein, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendants are restrained from continuing these wrongful acts, the damage to Plaintiffs will increase.

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

**Count III**

**(COMMON AND STATUTORY LAW TRADEMARK INFRINGEMENT - against all Defendants)**

27. Plaintiff specifically re-alleges and incorporates by reference each and every allegation set forth above.

28. Count Three of this Complaint is based on the doctrine of supplemental jurisdiction because the claim asserted herein is ancillary to the federal claims set forth in Counts One and Two above and arise from the same transactions and a common nucleus of operative facts as alleged in those Counts.

29. By their acts alleged herein, Defendants have engaged in trademark infringement under the common and statutory law of the State of California, and under California Business and Professions Code § 14330, et seq.

30. Defendants have intentionally deceived the public by misrepresenting their products are in some way sponsored

or authorized by Plaintiff.

31. Upon information and belief the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

32. As a proximate result of the acts of Defendants alleged herein, Plaintiff has suffered, are suffering and will continue to suffer irreparable damage and, unless said Defendants are restrained from continuing its wrongful acts, the damage will be increased.

33. Plaintiff has no adequate remedy at law.

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

**Count IV**

**(COMMON AND STATUTORY LAW TRADE NAME INFRINGEMENT - against all Defendants)**

34. Plaintiff specifically re-alleges and incorporates by reference each and every allegation set forth above.

35. Count Four of this Complaint is based on the doctrine of supplemental jurisdiction because the claim asserted herein is ancillary to the federal claims set forth in Counts One and Two above and arise from the same transactions and a common nucleus of operative facts as alleged in those.

36. By their acts alleged herein, Defendants have engaged in trade name infringement under the common and statutory law of the State of California, California Business and Professions Code § 14402, et seq.

37. Defendants have intentionally deceived the public by misrepresenting their products are in some way sponsored

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

or authorized by Plaintiff.

38. Upon information and belief the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

39. As a proximate result of the acts of Defendants alleged herein, Plaintiff has suffered, are suffering and will continue to suffer irreparable damage and, unless said Defendants are restrained from continuing its wrongful acts, the damage will be increased.

40. Plaintiff has no adequate remedy at law.

**Count V**

**(COMMON AND STATUTORY LAW UNFAIR COMPETITION - against all Defendants)**

41. Plaintiff specifically re-alleges and incorporates by reference each and every allegation set forth above.

42. Count Five of this Complaint is based on the doctrine of supplemental jurisdiction because the claim asserted herein is ancillary to the federal claims set forth in Counts One and Two above and arise from the same transactions and a common nucleus of operative facts as alleged in those Counts.

43. By their acts alleged herein, Defendants have engaged in unfair competition under the common and statutory law of the State of California, California Business and Professions Code § 17200, et seq

44. Defendants have intentionally deceived the public by misrepresenting their products are in some way sponsored

or authorized by Plaintiff.

45. Upon information and belief the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

46. As a proximate result of the acts of Defendants alleged herein, Plaintiff has suffered, are suffering and will continue to suffer irreparable damage and, unless said Defendants are restrained from continuing its wrongful acts, the damage will be increased.

47. Plaintiff has no adequate remedy at law.

**Count VI**

**(DECLARATORY RELIEF - against all Defendants)**

48. Plaintiff specifically re-alleges and incorporates by reference each and every allegation set forth above.

49. An actual controversy has arisen and now exists between Plaintiff and Defendants in that Plaintiff contend, and Defendants deny, that Defendants infringed on Plaintiff's Metal Jeans Mark.

50. Plaintiff desires a judicial determination of this issue.

51. Such a declaration is necessary and appropriate at this time in order that Plaintiffs may ascertain his rights to compensation and proceed with challenging the federal registration of Defendants' infringing marks.

///

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

**JURY DEMAND**

52. Pursuant to Fed. R. Civ. P. 38(b), Plaintiff METAL JEANS, INC. hereby demand trial by jury of all issues so triable that are raised herein or which hereinafter may be raised in this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

**ON THE FIRST CAUSE OF ACTION**

1. That Defendants, their officers, agents, servants, employees and representatives and all other persons, firms or corporations in active concert or participation with them be, be preliminarily and thereafter permanently enjoined and restrained from:

a. using in any manner the Metal® trademark, and any other term or terms likely to cause confusion therewith;

b. using in any manner the Metal® trademark in connection with the Defendants' goods or services in such a manner that is likely to create the erroneous belief that said goods or services are authorized by, sponsored by, licensed by or are in some way associated with Plaintiff;

c. disseminating, using or distributing on any advertising, Internet code words or titles, any other promotional materials whose appearance so resembles Plaintiff's intellectual property as to create

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

likelihood of confusion, mistake or deception; and

2. That Defendants, pursuant to 15 U.S.C. § 1118, be ordered to deliver up for destruction all media, packages, wrappers, receptacles, and articles in their possession bearing the Metal® mark, or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same;

3. That Defendants account for and pay over to Plaintiff all of the profits realized by Defendants, or others acting in concert or participation with Defendants, from the sale and distribution of their products in connection with the unauthorized use of the Turtiainen mark or Plaintiff's Metal® mark, or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same;

4. That Plaintiff recover its damages sustained as a result of Defendants' unfair competition and infringement of Plaintiff's mark;

5. That Plaintiff be awarded treble damages together with its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117;

6. That Plaintiffs be awarded exemplary and punitive damages as may be permitted by law or in the discretion of the Court;

7. That Plaintiff recover the costs of this action; and

8. That Plaintiff be granted such other and further relief as the Court deems just and proper.

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

JAHRMARKT & ASSOCIATES
2049 Century Park East, Suite 3850
Los Angeles, California 90067
(310) 226-7676 (310) 226-7677 fax

Dated: November 13, 2015 JAHRMARKT & ASSOCIATES

By: JOHN JAHRMARKT
JOHN JAHRMARKT
Attorney for Metal Jeans, Inc.