UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAL JEANS, INC., a Nevada corporation, | ) CASE NO. 2:15-cv-08987 DDP (RAOx) )  |
| Plaintiff, | ) |
|  | ) **JUDGMENT** |
| v. | ) |
|  | ) Judge: Hon. Dean D. Pregerson |
| ~~ANO VELI SAMUEL TURTIAINEN~~ | ) |
| ~~and~~ METAL SPORT, INC., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

This action came on for hearing before the Court on May 6, 2019, Honorable Dean D. Pregerson, District Judge presiding, on the Parties' Renewed Motions for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

That judgment is entered in favor of Defendant Metal Sport, Inc. on all of Plaintiff Metal Jeans, Inc.'s claims, and that Defendant shall recover its costs.

Dated: November 25, 2019

_____
Honorable Dean D. Pregerson
United States Magistrate Judge